February 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY WAYNE HACKER, Appellant

NO. 14-11-00146-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, this Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of modification by this Court. Therefore, the judgment is **MODIFIED** to reflect (1) "Not True" in that portion of the judgment entitled "Plea to Motion to Adjudicate" and (2) "None" in that portion of the judgment entitled "Terms of Plea Bargain."

The Court orders the judgment **AFFIRMED** as **MODIFIED** and orders this decision certified below for observance.